LAW FIRM OF
**OMAR T. MOHAMMEDI**
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-39031
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

ASSOCIATE
ALLY HACK, ESQ.

OF COUNSEL:
MARC RUBIN
DEVERAUX CANNICK
ARMANI SCOTT
SETH MARCUS

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18

WEBSITE:WWW.OTMLAW.COM
OMOHAMMEDI@OTMLAW.COM

August 11, 2005

**VIA ELECTRONIC FILING**
The Honorable Sandra L. Townes
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Marilyn Go
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **Small v. New York City Transit Authority, 03 CV 2139 (SLT) (MDG)**
**Muhammad aka Wilson v. New York City Transit Authority, 04 CV 2139 (SLT (MDG)**
**Stephanie Lewis v. New York City Transit Authority, CV 04 2331 (SLT) (MDG)**

Dear Judge Townes and Judge Go:

We represent the Plaintiff Stephanie Lewis in the above captioned matter. We write to request clarification on two apparently contradictory orders.

On August 6, 2005 we received an order via the Electronic Court Filing System (the "ECF System"). The order reiterated the July 20, 2005 order, which directed Defendants to respond to our request for a pre-motion conference within seven days of the issuance of said order. On August 4, 2005, however, we received a separate order via the ECF system. That order was dated August 3, 2005 and relieved Defendants of their duty to respond to our request for pre-motion conference.

Please advise which of the two aforementioned orders is controlling. Further

we respectfully request the Court's direction as to whether we need to wait for Judge Go's report and recommendation on this issue.

        Respectfully Submitted,

        *[signature]*

        Ally Hack, Esq.
        On behalf of Omar Mohammedi (OTM 7234)